# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: October 8, 2013

Official Caption[1]

2013-1411
(Cancellation No. 92052146)

ABRAHAM FLORES,

Appellant,

v.

CORPORACION HABANOS, S.A. and
EMPRESA CUBANA DEL TABACO (doing business as Cubatabaco),

Appellees.

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

Authorized Abbreviated Caption[2]

FLORES V CORPORACION HABANOS, S.A., 2013-1411

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.